**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 290 WAL 2014
:
Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v. :
:
:
:
KENNETH LATAURUS BARNER, :
:
Petitioner :


## ORDER


**PER CURIAM**

  **AND NOW**, this 23rd day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.